IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LONNIE STRIPLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 3:22-cv-00645 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| INGRAM BARGE COMPANY, LLC, | ) MAGISTRATE JUDGE FRENSLEY |
| d/b/a INGRAM BARGE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court are Defendant Ingram Barge Company, LLC's Motion to Dismiss (Doc. No. 6), Plaintiff's Motion to Permit Late Filing (Doc. No. 13), Plaintiff's late-filed Response (Doc. No. 14), and Defendant's Opposition to Plaintiff's Motion to Permit Late Filing (Doc. No. 17).

For the reasons stated in the accompanying Memorandum, Plaintiff's Motion to Permit Late Filing (Doc. No. 13) is **GRANTED**. Defendant's Motion to Dismiss (Doc. No. 6) is also **GRANTED** and this action is **DISMISSED**.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE